**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
Jennifer E. Duggan, SBN 183833
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (fax)

Attorneys for Defendant
COLIN MCKECHNIE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE & MARINE INSURANCE CO., a corporation, <br><br> Plaintiff, <br><br> v. <br><br> COLIN MCKECHNIE, an individual, <br><br> Defendant. <br> _____/ | Case No. C06-4001 JSW <br><br> **SUBSTITUTION OF ATTORNEYS; ORDER [LOCAL RULE 83-182(g)]** <br><br><br><br><br><br> **Complaint Filed:** June 28, 2006 |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant COLIN MCKECHNIE hereby substitutes Paul Sheng of Clapp, Moroney, Bellagamba & Vucinich, 15 Southgate Avenue, Suite 200; Daly City, California, 94015, telephone (650) 758-1199; facsimile (650) 758-2299 as their attorney of record in the above-entitled action instead of Jennifer E. Duggan of the law firm of Porter, Scott, Weiberg & Delehant. This substitution may be signed in facsimile counter parts in order to avoid delay.

/ / /

LAW OFFICES OF
PORTER, SCOTT,
WEIBERG & DELEHANT
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481

I have read this substitution of attorneys and consent to the foregoing substitution.

Dated: August 29, 2006

_____
Colin McKechnie

We agree to the above substitution.

Dated: August 22, 2006

PORTER, SCOTT, WEIBERG & DELEHANT
A Professional Corporation

By _____
Jennifer E. Duggan
Attorney for Defendant

We accept the above substitution.

Dated: August 23, 2006

CLAPP, MORONEY, BELLAGAMBA & VUCINICH

By _____
Paul Sheng

IT IS SO ORDERED.

Dated: September 14, 2006

_____
United States District Court Judge

| CASE: | *St. Paul Fire & Marine Insurance, Co. v. McKechnie* |
|---|---|
| CASE NO: | C06-4001 JSW |
| COURT: | NORTHERN DISTRICT OF CALIFORNIA |

## DECLARATION OF SERVICE

I am a citizen of the United States and a resident of Sacramento County, California. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is 350 University Avenue, Suite 200, Sacramento, California.

I am familiar with this Company's practice whereby the mail, after being placed in a designated area, is given the appropriate postage and is deposited in a U. S. mailbox in the City of Sacramento, California, after the close of the day's business.

That on the date referenced below, I caused to have served the following:

**SUBSTITUTION OF ATTORNEYS; ORDER [LOCAL RULE 83-182(g)]**

on all parties in the said action as addressed below by causing a true copy thereof to be:

**X**    **By Mail.** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Sacramento, California.

\_\_\_\_    **By Personal Service.** I caused such document to be delivered by hand to the office of the person(s) listed below.

\_\_\_\_    **By Overnight Delivery.** I caused such document to be delivered by overnight delivery to the office of the person(s) listed below.

\_\_\_\_    **By Facsimile.** I caused such document to be transmitted by facsimile machine to the office of the person(s) listed below.

Joshua E. Kirsch  
GIBSON ROBB & LINDH LLP  
100 First Street, 27th Floor  
San Francisco, CA 94105  

Joseph J. Turri  
INSURANCE LITIGATORS  
455 North State Street  
Ukiah, CA 95482  

Paul Sheng  
CLAPP, MORONEY, et al  
15 Southgate Avenue, Suite 200  
Daly City, CA 94015  

I declare under penalty of perjury that the foregoing is true and correct. Executed at Sacramento, California on September 13, 2006.

*Aimee Thompson* (signature)  
Aimee Thompson

00454647.WPD