PAUL S. SHENG, ESQ., SB#: 199785
CLAPP, MORONEY, BELLAGAMBA and VUCINICH
A PROFESSIONAL CORPORATION
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
Telephone: (650) 989-5400
Facsimile: (650) 989-5499

Attorneys for Defendant,
COLIN McKECHNIE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ST. PAUL FIRE & MARINE INSURANCE CO., a corporation,<br><br>Plaintiff,<br><br>v.<br><br>COLIN MCKECHNIE, an individual,<br><br>Defendants. | CASE NO.: C06-4001 JSW<br><br>**SUBSTITUTION OF ATTORNEY; ORDER** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant, COLIN MCKECHNIE hereby substitutes Joseph J. Turri, Esq. of Insurance Litigators & Counselors, 445 North State Street, Ukiah, California 95482, Telephone. (707) 462-6117; Facsimile (707) 462-4913 as his attorney of record in the above-entitled action instead of Paul S. Sheng of the law offices of Clapp, Moroney, Bellagamba & Vucinich. This substitution may be signed in facsimile counter parts in order to avoid delay

///

///

///

///

///

1  I have read this substitution of attorneys and consent to the foregoing substitution.

2  DATED: November ___1___, 2006

   _____
   COLIN MCKECHNIE

We agree to the above substitution.

DATED: November ___2___, 2006        CLAPP, MORONEY, BELLAGAMBA
                                     and VUCINICH

                                     By: _____
                                         PAUL S. SHENG
                                         Attorney for Defendant
                                         COLIN MCKECHNIE

We accept the above substitution

DATED: November ___15___, 2006       INSURANCE LITIGATORS & COUNSELORS

                                     By: _____
                                         JOSEPH J. TURRI
                                         Attorney for Defendant
                                         COLIN MCKECHNIE

The substitution of attorneys is hereby approved.

**IT IS SO ORDERED.**

DATED: November 21, 2006

_____
UNITED STATES DISTRICT COURT JUDGE

G:\Data\DOCS\0389\03662\Sub-Atty (fed-frm).pld.wpd

**SUBSTITUTION OF ATTORNEY;ORDER [LOCAL RULE 83-182(g)]**