IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE & MARINE INSURANCE CO., | No. C 06-04001 JSW |
| Plaintiff, | |
| v. | **ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR ALL PURPOSES** |
| COLIN MCKECHNIE, | |
| Defendant. | |
| AND RELATED THIRD PARTY COMPLAINT | |

Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for all further proceedings. The Case Management Conference set for December 1, 2006 before this Court is VACATED.

**IT IS SO ORDERED.**

Dated: November 28, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom