JOSHUA E. KIRSCH (179110)
GIBSON ROBB & LINDH LLP
100 First Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 348-6000
Facsimile: (415) 348-6001

Attorneys for Plaintiff,
ST. PAUL FIRE & MARINE INSURANCE CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE & MARINE INSURANCE CO., a corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COLIN MCKECHNIE, an individual,<br><br>　　　　　Defendant. | Case No.: C 06-4001 J~~SW~~ (JCS)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

　　　　Counsel for all parties herein respectfully request and stipulate that the Case Management Conference herein set for February 2, 2007 at 10:30 a.m. be continued 45 days. The reason for the requested continuance is that the parties have settled and are in the process of exchanging settlement documents.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: January 31, 2007　　　　　GIBSON ROBB & LINDH LLP


　　　　　　　　　　　　　　　　　By   S/ JOSHUA E. KIRSCH
　　　　　　　　　　　　　　　　　　　Joshua E. Kirsch
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　ST. PAUL FIRE & MARINE
　　　　　　　　　　　　　　　　　　　INSURANCE CO.

1  Dated: January 31, 2007                          Insurance Litigators & Counselors

2                                              By _____
3                                                  Joseph J. Turri, Esq.
                                                   Attorneys for Defendant
4                                                  COLIN MCKECHNIE and
                                                   Third-Party Defendant WILLIAM H. PARDUCCI
5
6   The Case Management Conference set for February 2, 2007 at ~~10:30 a.m.~~ 1:30 PM is hereby continued to
7   March 16_____, 2007 at __1:30 PM__ o'clock.
8                                                  _____
9                                                  JOSEPH C. SPERO
                                                   UNITED STATES MAGISTRATE JUDGE
10  Dated: January 31, 2007

[Seal: United States District Court, Northern District of California — Judge Joseph C. Spero]

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
Case No. C06-4001 JSW, Our File No. 4400.21

- 2 -

TOTAL P.03