1  JOSHUA E. KIRSCH (179110)
   ELLEN G. LAUCK (246030)
2  GIBSON ROBB & LINDH LLP
   100 First Street, 27th Floor
3  San Francisco, CA 94105
   Telephone: (415) 348-6000
4  Facsimile: (415) 348-6001

5  Attorneys for Plaintiff,
   ST. PAUL FIRE & MARINE INSURANCE CO.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE & MARINE INSURANCE CO., a corporation, | Case No.: C 06-4001 JSW (JCS) |
| Plaintiff, | STIPULATION RE DISMISSAL WITH PREJUDICE |
| vs. | |
| COLIN MCKECHNIE, an individual, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between all of the parties to the captioned matter, through their attorneys of record, that plaintiff's complaint against COLIN MCKECHNIE be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Respectfully submitted,

Dated: February 7, 2007     GIBSON ROBB & LINDH LLP

By   /S/ JOSHUA E. KIRSCH
     Joshua E. Kirsch
     Attorneys for Plaintiff
     ST. PAUL FIRE & MARINE
     INSURANCE CO.

---

STIPULATION RE DISMISSAL WITH PREJUDICE
Case No. C06-4001 JSW, Our File No. 4400.21

Dated: February 06, 2007         Insurance Litigators & Counselors

                                 By /s/ Joseph J. Turri
                                 Joseph J. Turri, Esq.
                                 Attorneys for Defendant
                                 COLIN MCKECHNIE and
                                 Third-Party Defendant WILLIAM H. PARDUCCI

Dated: 2/8/7

**UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA**
**IT IS SO ORDERED**
Judge Joseph C. Spero

STIPULATION RE DISMISSAL WITH PREJUDICE
Case No. C06-4001 JSW, Our File No. 4400.21

- 2 -

TOTAL P.10